IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| JESSE A. CANTRELL and KENDRA N. CANTRELL, | * * * |
| Plaintiff, | * * |
| vs. | *   No. 4:10cv01024 SWW * * |
| CHESAPEAKE OPERATING INC., | * * |
| Defendant. | * |

## Order

Before the Court is plaintiffs' motion for voluntary dismissal to which defendant does not object. The motion [docket entry 7] is granted. Plaintiffs' complaint is hereby dismissed without prejudice subject to the Arkansas savings statute, Ark. Code Ann. § 16-56-126.

SO ORDERED this 2nd day of February, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE